IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ALYJOEMEDIA@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No. 3:22-MJ-85-BK |

## ORDER

Before the Court is the United States' motion for an order unsealing the above-referenced search warrant, application, affidavit, and attachments, dated January 31, 2022, in Case No. 3:22-MJ-85-BK.  Upon review, the motion is **GRANTED.**

IT IS THEREFORE ORDERED that the above-referenced search warrant, application, affidavit, and attachments be unsealed.

SIGNED May 24, 2022.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS